# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

December 15, 2022

<u>Via ECF</u>
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Thomas Knickerbocker et al. v. Ferrandino & Son, Inc.,*
              <u>Docket No. 22-cv-02225-GRB-ST</u>

Dear Judge Tiscione:

      We represent the named-Plaintiff, Thomas Knickerbocker, and the opt-in Plaintiffs, Horace Coleman and Lawrence Vogt, in the above-referenced wage and hour collective action against Defendant Ferrandino & Son, Inc. Pursuant to the Court's October 21, 2022 Order, Plaintiffs served Defendant with their motion for conditional certification on November 8, 2022. Since that time, the parties have agreed to stipulate to conditional certification. To that end, we write now to request that the Court "So Order" the parties' Stipulation and Proposed Order Regarding Conditional Certification, Issuance of Collective Action Notice and Disclosure of Contact Information, attached hereto along with its exhibits.

      We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              Caitlin Duffy, Esq.
                                                *For the Firm*

C: Counsel for Defendant (*via* ECF)