UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS KNICKERBOCKER, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>       Plaintiff,<br><br>-against-<br><br>FERRANDINO & SON, INC.,<br><br>       Defendant. | Docket No. 22-CV-02225 (GRB)(ST)<br><br>**NOTICE OF WILLIAM WHITESIDE'S ACCEPTANCE OF DEFENDANT'S RULE 68 <u>OFFER OF JUDGMENT</u>** |

   **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, opt in Plaintiff WILLIAM WHITESIDE hereby accept Defendant's Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
    December 16, 2024

                Respectfully submitted,
                BORRELLI & ASSOCIATES, P.L.L.C.
                *Attorneys for Plaintiffs*
                910 Franklin Avenue, Suite 205
                Garden City, New York 11530
                Tel. No. (516) 248-5550
                Fax: (516) 248-6027

                By: _____
                   MICHAEL J. BORRELLI (MB 8533)

**CERTIFICATE OF SERVICE**

      I, Michael J. Borrelli, Esq., hereby certify that on this date, December 16, 2024, a true and correct copy of the foregoing *Notice of WILLIAM WHITESIDE'S Acceptance of Defendant's Rule 68 Offer of Judgment*, dated December 11, 2024, was served *via* ECF on the following:

Brian J. Shenker
Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747
Brian.Shenker@jacksonlewis.com

                              MICHAEL J. BORRELLI, ESQ.