UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS KNICKERBOCKER, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>                      Plaintiff,<br><br>    -against-<br><br>FERRANDINO & SON, INC.,<br><br>                      Defendant. | Docket No. 22-CV-02225 (GRB)(ST)<br><br>**NOTICE OF TRAVIS LEE'S ACCEPTANCE OF DEFENDANT'S RULE 68 <u>OFFER OF JUDGMENT</u>** |

      **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, opt in Plaintiff TRAVIS LEE hereby accept Defendant's Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
        December 16, 2024

                                          Respectfully submitted,
                                          BORRELLI & ASSOCIATES, P.L.L.C.
                                          *Attorneys for Plaintiffs*
                                          910 Franklin Avenue, Suite 205
                                          Garden City, New York 11530
                                          Tel. No. (516) 248-5550
                                          Fax: (516) 248-6027

                                          By: _____
                                               MICHAEL J. BORRELLI (MB 8533)

**CERTIFICATE OF SERVICE**

      I, Michael J. Borrelli, Esq., hereby certify that on this date, December 16, 2024, a true and correct copy of the foregoing *Notice of TRAVIS LEE'S Acceptance of Defendant's Rule 68 Offer of Judgment*, dated December 11, 2024, was served *via* ECF on the following:

Brian J. Shenker
Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747
Brian.Shenker@jacksonlewis.com

                                            MICHAEL J. BORRELLI, ESQ.