UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS KNICKERBOCKER, on behalf of
himself, individually, and on behalf of all others
similarly-situated,

                    Plaintiff,

        -against-

FERRANDINO & SON, INC.,

               Defendant.

**Docket No. 22-CV-02225 (GRB)(ST)**

**NOTICE OF MARK SWING'S ACCEPTANCE OF DEFENDANT'S RULE 68 <u>OFFER OF JUDGMENT</u>**

      **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Opt-in Plaintiff MARK SWING hereby accept Defendant's Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated:  Garden City, New York
        December 16, 2024

                         Respectfully submitted,
                         BORRELLI & ASSOCIATES, P.L.L.C.
                         *Attorneys for Plaintiffs*
                         910 Franklin Avenue, Suite 205
                         Garden City, New York 11530
                         Tel. No. (516) 248-5550
                         Fax: (516) 248-6027

By:    _____
           MICHAEL J. BORRELLI (MB 8533)

## CERTIFICATE OF SERVICE

I, Michael J. Borrelli, Esq., hereby certify that on this date, December 16, 2024, a true and correct copy of the foregoing *Notice of MARK SWING'S Acceptance of Defendant's Rule 68 Offer of Judgment*, dated December 11, 2024, was served *via* ECF on the following:

Brian J. Shenker

Jackson Lewis P.C.

58 South Service Road

Suite 250

Melville, NY 11747

Brian.Shenker@jacksonlewis.com

_____

MICHAEL J. BORRELLI, ESQ.