UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS KNICKERBOCKER, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

FERRANDINO & SON, INC.,

                Defendant.

**Docket No. 22-CV-02225 (GRB)(ST)**

**NOTICE OF LAWRENCE VOGT'S ACCEPTANCE OF DEFENDANT'S RULE 68 <u>OFFER OF JUDGMENT</u>**

      **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Opt-in Plaintiff LAWRENCE VOGT hereby accept Defendant's Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
       December 16, 2024

                              Respectfully submitted,
                              BORRELLI & ASSOCIATES, P.L.L.C.
                              *Attorneys for Plaintiffs*
                              910 Franklin Avenue, Suite 205
                              Garden City, New York 11530
                              Tel. No. (516) 248-5550
                              Fax: (516) 248-6027

                By: _____
                        MICHAEL J. BORRELLI (MB 8533)

## CERTIFICATE OF SERVICE

      I, Michael J. Borrelli, Esq., hereby certify that on this date, December 16, 2024, a true and correct copy of the foregoing *Notice of LAWRENCE VOGT'S Acceptance of Defendant's Rule 68 Offer of Judgment*, dated December 11, 2024, was served *via* ECF on the following:

Brian J. Shenker
Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747
Brian.Shenker@jacksonlewis.com

_____
MICHAEL J. BORRELLI, ESQ.