UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS KNICKERBOCKER, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>       Plaintiff,<br><br> -against-<br><br>FERRANDINO & SON, INC.,<br><br>       Defendant. | Docket No. 22-CV-02225 (GRB)(ST)<br><br>**NOTICE OF HORACE COLEMAN'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT** |

  **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Opt-in Plaintiff HORACE COLEMAN hereby accept Defendant's Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
    December 16, 2024

                Respectfully submitted,
                BORRELLI & ASSOCIATES, P.L.L.C.
                *Attorneys for Plaintiffs*
                910 Franklin Avenue, Suite 205
                Garden City, New York 11530
                Tel. No. (516) 248-5550
                Fax: (516) 248-6027

            By: _____
               MICHAEL J. BORRELLI (MB 8533)

**CERTIFICATE OF SERVICE**

      I, Michael J. Borrelli, Esq., hereby certify that on this date, December 16, 2024, a true and correct copy of the foregoing *Notice of HORACE COLEMAN'S Acceptance of Defendant's Rule 68 Offer of Judgment*, dated December 11, 2024, was served *via* ECF on the following:

Brian J. Shenker
Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747
Brian.Shenker@jacksonlewis.com

                                                           MICHAEL J. BORRELLI, ESQ.