UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                                Plaintiff,

    - against -                                              **JUDGMENT**
                                                                CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                                Defendant.
------------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Thomas Knickerbocker on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $100,000.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

       **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Thomas Knickerbocker against Defendant Ferrandino & Son, Inc., in the amount of $100,000.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                     BRENNA B. MAHONEY
                                                     CLERK OF COURT
                                         By:  /s/ James J. Toritto
                                                     Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                    Plaintiff,

   - against -                                                 **JUDGMENT**
                                                                          CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                    Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Horace Coleman on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $99,590.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of op-in Plaintiff Horace Coleman against Defendant Ferrandino & Son, Inc., in the amount of $99,500.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                                                BRENNA B. MAHONEY
                                                                                CLERK OF COURT
                                                            By:    /s/ James J. Toritto
                                                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                    Plaintiff,

   - against -                                        **JUDGMENT**
                                                           CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                    Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Jeffrey Grasley on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $12,850.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of op-in Plaintiff Jeffrey Grasley against Defendant Ferrandino & Son, Inc., in the amount of $12,850.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

 Dated: December 17, 2024
       Central Islip, New York

                                                                   BRENNA B. MAHONEY
                                                                   CLERK OF COURT
                                                   By:    /s/ James J. Toritto
                                                                   Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                    Plaintiff,

    - against -                                       **JUDGMENT**
                                                                       CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                    Defendant.
-------------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Travis Lee on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $11,450.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of opt-in Plaintiff Travis Lee against Defendant Ferrandino & Son, Inc., in the amount of $11,450.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                          BRENNA B. MAHONEY
                                                          CLERK OF COURT
                                            By:   /s/ James J. Toritto
                                                           Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                  Plaintiff,

  - against -                                         **JUDGMENT**
                                                                                  CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                  Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Euel Osborne on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $7,150.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of op-in Plaintiff Euel Osborne against Defendant Ferrandino & Son, Inc., in the amount of $7,150.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                                                    BRENNA B. MAHONEY
                                                                                    CLERK OF COURT
                                                                  By:   /s/ James J. Toritto
                                                                                     Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                    Plaintiff,

  - against -                                            **JUDGMENT**
                                                          CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                    Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Joseph Sepe on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $25,700.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of op-in Plaintiff Joseph Sepe against Defendant Ferrandino & Son, Inc., in the amount of $25,700.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                            BRENNA B. MAHONEY
                                                            C<span style="font-variant:small-caps">lerk of</span> C<span style="font-variant:small-caps">ourt</span>
                                            By:   /s/ James J. Toritto
                                                       Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                 Plaintiff,

  - against -                                            **JUDGMENT**
                                                           CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

                 Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Mark Swing on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $76,350.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of op-in Plaintiff Mark Swing against Defendant Ferrandino & Son, Inc., in the amount of $76,350.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

 Dated: December 17, 2024
       Central Islip, New York

                                                                    BRENNA B. MAHONEY
                                                                      C<small>LERK OF</small> C<small>OURT</small>
                                                              By:   /s/ James J. Toritto
                                                                         Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

            Plaintiff,

  - against -                                          **JUDGMENT**
                                                                          CV 22-2225 (GRB) (ST)
FERRANDINO & SON, INC.,

            Defendant.
-----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff Lawrence Vogt on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $7,250.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of op-in Plaintiff Lawrence Vogt against Defendant Ferrandino & Son, Inc., in the amount of $7,250.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                                  BRENNA B. MAHONEY
                                                                  CLERK OF COURT
                                                     By:   /s/ James J. Toritto
                                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS KNICKERBOCKER, on behalf of
himself individually, and on behalf of all others
similarly-situated,

                 Plaintiff,

  - against -                                           **JUDGMENT**
                                                               CV 22-2225 (GRB) (ST)

FERRANDINO & SON, INC.,

                 Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by opt-in Plaintiff William Whiteside on December 16, 2024, accepting Defendant's December 11, 2024 offer to allow judgment against it in the amount of $4,750.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of opt-in Plaintiff William Whiteside against Defendant Ferrandino & Son, Inc., in the amount of $4,750.00, inclusive of all claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to December 11, 2024, and in full and final settlement of all of Plaintiff's claims against Defendant in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: December 17, 2024
       Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF COURT
                                                       By:    /s/ James J. Toritto
                                                                      Deputy Clerk